# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TOMMY BLASH,**

    **Plaintiff,**

**v.**                                                                  **Case No. 4:19-cv-230-AW-MAF**

**FLORIDA DEPARTMENT OF**
**CORRECTIONS, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's May 6, 2020 Report and Recommendation. ECF No. 12. No objections have been filed. The Report and Recommendation is now adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on June 21, 2020.

                                                  s/ *Allen Winsor*
                                                United States District Judge